JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MICHAEL D TAYLOR,

    Petitioner,

v.

J.F. SALAZAR, WARDEN,

    Respondent.

Case No. CV 10-2205-AHM (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 22, 2010

_____
A. Howard Matz
United States District Judge